UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 39472

JOHN EVANGELINOS
KATERINA EVANGELINOS                        CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-5012     SSN XXX-XX-2558

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 10/22/2004 and was confirmed 12/06/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  40.90% from remaining funds.

    The case was paid in full 02/19/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORP | SECURED | 100.00 | 2.57 | 100.00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1375.57 | .00 | 562.65 |
| ECAST SETTLEMENT CORP | SECURED | 150.00 | 3.85 | 150.00 |
| ECAST SETTLEMENT CORP | UNSECURED | 309.29 | .00 | 126.78 |
| FIFTH THIRD BANK | CURRENT MORTG | 7840.00 | .00 | 7840.00 |
| TOYOTA MOTOR CREDIT | SECURED | 6087.50 | 186.66 | 6087.50 |
| TOYOTA MOTOR CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| US BANK NA | CURRENT MORTG | 63406.90 | .00 | 63406.90 |
| WELLS FARGO FINANCIAL IL | UNSECURED | 2080.00 | .00 | 850.78 |
| WELLS FARGO FINANCIAL IL | SECURED | 900.00 | 22.78 | 900.00 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 1503.55 | .00 | 615.00 |
| ROUNDUP FUNDING LLC | UNSECURED | 21404.14 | .00 | 8754.94 |
| ROUNDUP FUNDING LLC | UNSECURED | 4057.37 | .00 | 1659.59 |
| ROUNDUP FUNDING LLC | UNSECURED | 285.09 | .00 | 116.61 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| EDDIE BAUER | UNSECURED | NOT FILED | .00 | .00 |
| LORD & TAYLOR | UNSECURED | 178.46 | .00 | 73.00 |
| ECAST SETTLEMENT CORP | UNSECURED | 28367.39 | .00 | 11603.11 |
| ECAST SETTLEMENT CORP | UNSECURED | 576.09 | .00 | 235.64 |
| MARSHALL FIELDS | UNSECURED | 110.62 | .00 | 45.25 |
| MARSHALL FIELDS | UNSECURED | 303.92 | .00 | 124.31 |
| SHERMAN ACQUISITION | UNSECURED | 178.15 | .00 | 72.87 |
| SMC | UNSECURED | 145.61 | .00 | 59.56 |
| US BANK NA | SECURED NOT I | .00 | .00 | .00 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 6,179.65 |
| DEBTOR REFUND | REFUND | | | 2,926.50 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                RECEIPTS              DISBURSEMENTS

          PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 04 B 39472 JOHN EVANGELINOS & KATERINA EVANGELINOS

---

| | | |
|---|---|---|
| TRUSTEE | 115,406.50 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 78,484.40 |
| INTEREST | | 215.86 |
| UNSECURED | | 24,900.09 |
| ADMINISTRATIVE | | 2,700.00 |
| TRUSTEE COMPENSATION | | 6,179.65 |
| DEBTOR REFUND | | 2,926.50 |
| | --------------- | --------------- |
| TOTALS | 115,406.50 | 115,406.50 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE